No. 88–1079. KING v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–1238. HERRINGTON ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 88–1265. FAGIANO, DIRECTOR, DEPARTMENT OF INSURANCE OF IDAHO, ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1298. MICHIGAN v. BOYD. Ct. App. Mich. Certiorari denied.

No. 88–1348. HELMSLEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–1367. A. G. BOONE CO. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–1385. NATIONAL GRAIN & FEED ASSN., INC., ET AL. v. OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR. C. A. 3d Cir. Certiorari denied.

No. 88–1428. COMPANIA DE DESARROLLO COOPERATIVO v. U. S. I. PROPERTIES CORP. ET AL. C. A. 1st Cir. Certiorari denied.

No. 88–1433. VAUGHN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–1478. CORPUS CHRISTI TAXPAYERS ASSN. ET AL. v. CITY OF CORPUS CHRISTI, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1507. MOTT v. KERNS ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–1510. WARD ET AL. v. SUCCESSION OF FREEMAN ET AL. C. A. 5th Cir. Certiorari denied.